**Order entered March 3, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00096-CV

### IN RE TRACY NIXON, Relator

**Original Proceeding from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-09145**

### ORDER
Before Justices Schenck, Nowell, and Garcia

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/     ERIN A. NOWELL
         JUSTICE